IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOSES TAYLOR FOUNDATION o/b/a: MOSES TAYLOR HOSPITAL,  :<br>:<br>Plaintiff,  :<br>:<br>v.  :<br>:<br>COVERYS and PROSELECT INSURANCE COMPANY,  :<br>:<br>Defendants.  : | Civil No. 3:20-CV-00990<br><br><br><br><br><br><br><br><br>Judge Jennifer P. Wilson |

## ORDER

**AND NOW,** on this 17th day of March, 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Defendants' motion to dismiss, Doc. 3, is **GRANTED WITHOUT PREJUDICE**.

2. Plaintiff may file an amended complaint in accordance with this order and the accompanying memorandum within **21 days**, on or before **April 6, 2021**.

3. If Plaintiff fails to file an amended complaint by the above date, the Clerk of Court shall be directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
