**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

MOSES TAYLOR FOUNDATION            :    Civil No. 3:20-CV-00990
*o/b/a* MOSES TAYLOR HOSPITAL,       :
                                   :
    Plaintiff,                      :
                                   :
    v.                              :
                                   :
COVERYS and                        :
PROSELECT INSURANCE                :
COMPANY,                           :
                                   :
    Defendants.                     :    Judge Jennifer P. Wilson

## ORDER

**AND NOW**, on this 20th day of May, 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Defendants' amended motion for summary judgment, Doc. 103, **IS DENIED**.

**IT IS FURTHER ORDERED THAT** a telephone status conference to discuss the future of this case is **SCHEDULED** for **July 1, 2026, at 11:45 a.m**. Counsel shall call-in to the conference calling number 570-218-8447, using the phone conference ID 660 227 256#.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania